FILED

2026 May-26  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**BRIDGETT WATSON ADAMS**,
**et al.,**
    Plaintiffs,

**v.**

**3M COMPANY,**
    Defendant.

**Case No. 4:24-cv-832-CLM**

## <u>ORDER</u>

The court ordered Plaintiffs' counsel Dagney Johnson to show cause why the court should not sanction her for using generative artificial intelligence in a manner that, in the court's opinion, caused multiple errors in her briefing. (Doc. 43). Attorney Johnson responded by admitting that she used generative AI and that her AI-assisted filing contained hallucinated citations, inaccurate parentheticals and misstatements of case holdings, and false quotes. (Doc. 44). The court finds that the filing of these fake cases, misstatements of the law, and inaccurate quotes violated Rule 11's requirement that "the claims, defenses, and other legal contentions" in a party's filing "are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." *See* Fed. R. Civ. P. 11(b)(2). The court further finds that the number of inaccurate citations and quotations in the response brief was egregious.

That said, Johnson has taken full responsibility for these errors, candidly explained what led to the misquotes and inaccurate citations, and apologized to defense counsel for the brief's misrepresentations. Johnson has also provided the court with a list of corrective actions that she plans to take to ensure that this issue does not recur.

The court is confident that its order highlighting the issues with Johnson's response brief was sufficient to convey the seriousness of this matter and deter Johnson from misusing artificial intelligence in drafting future court filings. Because Johnson's candid response and voluntary corrective action

distinguishes her from other attorneys' reactions to similar AI-related show cause orders entered by my colleagues, the court finds that it needn't impose a sanction beyond this public reprimand. But the court **WARNS** Johnson that future misuse of artificial intelligence before any of the judges in this district will likely result in severe sanctions.

The court will enter a separate order that sets a schedule for filing and responding to Plaintiffs' amended complaint.

**Done** and **Ordered** on May 26, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE